## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MITCHELL FERNANDORS,** | |
| **Plaintiff,** | |
| v. | Civil Action No.  02-2001 (JDB) |
| **DISTRICT OF COLUMBIA, et al.,** | |
| **Defendants.** | |

## ORDER

Upon consideration of defendants' motion for summary judgment, the memoranda and other materials filed by the parties and the entire record herein, and for the reasons stated in the Memorandum Opinion filed on this date, it is this 15th day of August 2005, hereby

**ORDERED** that defendants' motion for summary judgment is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that defendants' motion for summary judgment on the ground that plaintiff's common law tort claims against Officers Allen, Washington, Fenton, and Howland (Counts VIII-XI) are barred by the statute of limitations is **DENIED**; it is further

**ORDERED** that plaintiff's respondeat superior claim against the District of Columbia (Count XII)  is dismissed, and judgment is entered in favor of the District of Columbia; it is further

**ORDERED** that plaintiff's Fifth Amendment claims against all defendants (Counts V-VII) are dismissed, and judgment is entered in favor of defendants; it is further

**ORDERED** that plaintiff's Fourth Amendment claim against unnamed supervisory

officers (Counts II) is dismissed, and judgment is entered in favor of unnamed supervisory

officers; it is further

     **ORDERED** that Officers Fenton and Howland have qualified immunity against

plaintiff's Fourth Amendment claims for false arrest and lack of probable cause to conduct a

search, but do not have qualified immunity on plaintiff's Fourth Amendment claim alleging the

manner of the search was unreasonable, and judgment is entered accordingly; it is further

     **ORDERED** that Officers Allen and Washington do not have qualified immunity on

plaintiff's Fourth Amendment claims; it is further

     **ORDERED** that plaintiff's Fourth Amendment claim against the District of Columbia

(Count III) is dismissed, and judgment is entered in favor of the District of Columbia; it is further

     **ORDERED** that all claims against Officer Andres Marcucci are dismissed, and judgment

is entered in favor of Officer Marcucci; and it is further

     **ORDERED** that a status conference is scheduled for September 19, 2005 at 9:00 am.


                         /s/ John D. Bates
                          JOHN D. BATES
                   United States District Judge


Copies to:
Robert A. Jablon
Spiegel & McDiarmid
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
         *Counsel for plaintiff*

Robert DeBerardinis, Jr.
D.C. Corporation Counsel

P.O. Box 14600
Washington, D.C. 20044-4600
*Counsel for defendants*